FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 13, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY EUGENE SUCKOW,<br><br>Defendant. | NO. 2:14-CR-0124-TOR-2<br><br>ORDER DENYING DEFENDANT'S MOTION FOR MODIFICATION OF SENTENCE |

BEFORE THE COURT is Defendant's *Pro Se* Motion for Modification of Sentence. ECF No. 1188. This matter was submitted for consideration without oral argument. The Court has reviewed the record and files herein and is fully informed. For the reasons discussed below, Defendant's motion is denied.

Defendant seeks to modify how much he has to pay in restitution each quarter of a year. The Court already ruled on his earlier motion on July 8, 2024.

The Court has fully considered Defendant's argument that his restitution should be modified. He is only required to pay at least $25.00 per quarter of a year towards his restitution. Defendant's argument that this creates a financial hardship

ORDER DENYING DEFENDANT'S
MOTION FOR MODIFICATION OF SENTENCE ~ 1

for him is unavailing.  Considering the totality of all the facts, a reduction of his restitution obligation for the heinous crimes he committed is unwarranted.

The Court declines to exercise its discretion to modify Defendant's restitution order.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

Defendant's *Pro Se* Motion for Modification of Sentence, ECF No. 1188, is **DENIED**.

The District Court Executive is directed to enter this Order and furnish copies to the parties, including Defendant TIMOTHY EUGENE SUCKOW, Reg. No. 06401-051, FCI Fairton, P.O. Box 420, Fairton, NJ 08320.

**DATED** March 13, 2026.



THOMAS O. RICE
United States District Judge

ORDER DENYING DEFENDANT'S
MOTION FOR MODIFICATION OF SENTENCE ~ 2